UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH H. POWELL,** | * | CIVIL ACTION NO. 13-CV-5572 |
| | * | SECTION "I" |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **W.L. DOGGETT, L.L.C., DOGGETT MACHINERY SERVICES, L.L.C., DOGGETT CONSTRUCTION & FORESTRY EQUIPMENT, L.L.C.** | * | JUDGE LANCE M. AFRICK |
| **Defendant.** | * | MAGISTRATE JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### W.L. DOGGETT, L.L.C., and DOGGETT MACHINERY SERVICES, L.L.C.'S RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come defendants, W.L. Doggett, L.L.C. and Doggett Machinery Services, L.L.C. ("Defendants"),[1] and hereby move this Court to dismiss the instant case because Joseph Powell failed to state a cause of action upon which relief may be granted as described in the attached memorandum pursuant to Rule 12(b)(6).

WHEREFORE, movers urge this honorable Court to grant their motion and dismiss plaintiff's claims against, W.L. Doggett, L.L.C. and Doggett Machinery Services, L.L.C., with prejudice.

---

[1] A third entity, Doggett Construction & Forestry Equipment, L.L.C. was named as a defendant, but neither of responding Defendants is aware of that company's existence.

1

467190.5

Respectfully submitted,

*/s/ Kyle A. Ferachi*
**Kyle A. Ferachi, T.A.,**
**La. Bar No. 27458**
McGlinchey Stafford, PLLC
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Telecopier: (225) 343-3076

**STEPHEN P. BEISER**
La. Bar No. 14074
**SUSANNE U. VETERS**
La. Bar No. 27361
MCGLINCHEY STAFFORD PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965

**ATTORNEYS IN CHARGE FOR DEFENDANT W.L. DOGGETT, L.L.C., DOGGETT MACHINERY SERVICES, L.L.C**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel listed below via the Court's CM/ECF system on this 30th day of October, 2013.

Marynell L. Piglia
Lowe, Stein, Hoffman, Allweiss & Harver, LLP
One Shell Square, Ste 3600
701 Poydras St
New Orleans, LA 70139

*/s/Kyle A. Ferachi*
**KYLE A. FERACHI**