UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH H. POWELL, | * | CIVIL ACTION NO. 13-CV-5572 |
| | * | SECTION "I" |
| Plaintiff, | * | |
| VERSUS | * | |
| W.L. DOGGETT, L.L.C., DOGGETT MACHINERY SERVICES, L.L.C., DOGGETT CONSTRUCTION & FORESTRY EQUIPMENT, L.L.C. | * | JUDGE LANCE M. AFRICK |
| Defendant. | * | MAGISTRATE JUDGE CHASEZ |

*********************************************

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that W.L. Doggett, L.L.C. and Doggett Machinery Services, L.L.C.'s Motion to dismiss be and hereby is GRANTED.

THUS DONE AND SIGNED, this _____ day of _____, 2013.

_____
JUDGE, UNITED STATE DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

1