|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA |
| **JOSEPH H. POWELL,** | * CIVIL ACTION NO. 13-CV-5572 |
|  | * SECTION "I" |
| Plaintiff, | * |
| VERSUS | * |
| **W.L. DOGGETT, L.L.C., DOGGETT MACHINERY SERVICES, L.L.C., DOGGETT CONSTRUCTION & FORESTRY EQUIPMENT, L.L.C.** | * JUDGE LANCE M. AFRICK |
| Defendant. | * MAGISTRATE JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

Please take notice that the undersigned counsel for defendants, W.L. Doggett, L.L.C. and Doggett Machinery Services, L.L.C., will bring their Motion to Dismiss for hearing before the Honorable Lance M. Africk, United States District Court Judge, at 9:00 a.m. on November 20, 2013, or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Kyle A. Ferachi*
**Kyle A. Ferachi, T.A., La. Bar No. 27458**
McGlinchey Stafford, PLLC
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Telecopier:  (225) 343-3076

**STEPHEN P. BEISER**
La. Bar No. 14074
**SUSANNE U. VETERS**
La. Bar No. 27361
MCGLINCHEY STAFFORD PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965

**ATTORNEYS IN CHARGE FOR DEFENDANT W.L. DOGGETT, L.L.C., DOGGETT MACHINERY SERVICES, L.L.C**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel listed below via the Court's CM/ECF system on this 30th day of October, 2013.

Marynell L. Piglia
Lowe, Stein, Hoffman, Allweiss & Harver, LLP
One Shell Square, Ste 3600
701 Poydras St
New Orleans, LA 70139

/s/Kyle A. Ferachi
**KYLE A. FERACHI**