UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH H. POWELL<br>        Plaintiff | * | CIVIL ACTION |
| | * | NO: 13-5572 |
| versus | | |
| | * | SECTION: "I" |
| W.L. DOGGETT, L.L.C.,<br>DOGGETT MACHINERY SERVICES,<br>L.L.C., DOGGETT CONSTRUCTION &<br>FORESTRY EQUIPMENT, L.L.C. | *<br><br>* | JUDGE: LANCE M. AFRICK<br><br>MAGISTRATE JUDGE: ALMA<br>L. CHASEZ |
|        Defendants | * | |
| *     *     *     *     *     * | | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DOGGETT CONSTRUCTION & FORESTRY EQUIPMENT, L.L.C.

NOW INTO COURT, through undersigned counsel, comes plaintiff, Joseph H. Powell, and,

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his

voluntary dismissal from this action of defendant, Doggett Construction & Forestry Equipment,

L.L.C. Doggett Construction & Forestry Equipment, L.L.C. has not been served, and it has not filed

or served either an answer or motion for summary judgment.  Therefore, plaintiff is permitted to

voluntarily dismiss its claims against this defendant by this notice, without court order.

Respectfully submitted:

**LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER**

By:     */s/ Marynell L. Piglia*
        **MICHAEL R. ALLWEISS (2425)**
        **MARYNELL L. PIGLIA (20329)**
        **One Shell Square, Suite 3600**
        **701 Poydras Street, 36th Floor**
        **New Orleans, LA 70139-3600**
        **Telephone: (504) 581-2450**
        **Attorneys for Joseph H. Powell**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding via the Court's ECF filing system this 18th day of December, 2013
.

        */s/ Marynell L. Piglia*
        **MARYNELL L. PIGLIA**