UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH H. POWELL**                                              **CIVIL ACTION**

**VERSUS**                                                        **No. 13-5572**

**W.L. DOGGETT, LLC ET AL.**                                      **SECTION I**

**ORDER**

Considering the motion[1] by plaintiff, Joseph H. Powell, to dismiss the above-captioned matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that the motion is **GRANTED** and that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, February 4, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 30.